IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMEGY BANK NATIONAL ASSOCIATION *
    Plaintiff

vs.      Civil Action No. JFM-15-1911

MORRIS SCHNEIDER WITTSTADT, LLC, ET AL.
    Defendant    *

\*\*\*\*\*\*

**ORDER**

Defendants having filed bankruptcy proceedings in which an automatic stay has been issued, it is, this 5th day of August 2015,

ORDERED that this action be administratively closed without prejudice to the right of plaintiff(s) to move to reopen this action for good cause shown.

/s/
J. Frederick Motz
United States District Judge